JUSTICE TRIEWEILER
specially concurring.
I specially concur with the majority opinion which reverses the judgment of the District Court. However, I do not agree with the basis for reversal set forth in the majority opinion, nor do I agree that this case should be remanded for further proceedings.
The effect of the positions advocated by the parties in the District Court was to stipulate that $300 per month was a reasonable amount of maintenance, and to further stipulate that a duration for maintenance beyond five years was unreasonable. The stipulation was supported by the evidence and did not offend any public policy. Therefore, I conclude that it was an abuse of discretion for the District Court to ignore the stipulation by awarding maintenance in an amount greater than $300, and for a duration beyond five years.
Furthermore, based on the limited nature of the dispute in this case, and the fact that there are already inadequate assets with which to satisfactorily support both parties, I see no reason for either party to exhaust more of those resources on additional attorney fees for further legal proceedings.
Since the District Court found that Delilah was entitled to maintenance for longer than was stipulated to by the parties, but failed to adhere to the limitation established by the parties, I would reverse the judgment of the District Court and remand this case to the District Court solely for entry of judgment awarding maintenance to Delilah in the amount of $300 per month for a period of five years.
For these reasons, I specially concur with the majority’s reversal of the District Court.